No. 589. V. P. SERODINO, INC. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Southern District of Ohio. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would note probable jurisdiction and set the case for argument. *John S. Burchmore* and *Robert N. Burchmore* for appellant. *Solicitor General Soboloff, Assistant Attorney General Barnes, Charles H. Weston, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission, *Donald Macleay* for the Inland Water Carriers Freight Association, *John H. Eisenhart, Jr.* for the Great Lakes Ship Owners Association, *Harry C. Ames, Jr.* for the American Barge Line Co. et al., *R. Granville Curry* and *Frederick M. Dolan* for the Union Barge Line Corporation, and *James H. McGlothlin* for the Baltimore & Ohio Railroad Co. et al., appellees.

No. 22, Misc. BISHOP *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court for a hearing on the sanity of the petitioner at the time of his trial. *Edward John Skeens* for petitioner. *Solicitor General Soboloff* for the United States.

No. 345. STERLING *v.* LOCAL 438, LIBERTY ASSOCIATION OF STEAM & POWER PIPE FITTERS & HELPERS ASSOCIATION, ET AL. The motion for leave to file petition for writ of mandamus is denied. *Louis R. Milio* for petitioner.